United States District Court Northern District of Ohio

United States of America     Case No. 1:19-CR-00197
Plaintiff

V.     Hon. Christopher A. Boyko
    Pro Se
Lavar Parks     Notice of Appeal
Defendant     Request for Appellant Attorney

Now comes, the defendant Lavar Parks, Pro Se motion, and respectfully gives Notice of Appeal to the court. The defendant Lavar Parks Is excercising the right to lodge a Appeal in the above Case No. 1:19-CR-00197. This Appeal Notice is timely submitted as required.

In Furtherance the defendant request this honorable Court to Appoint New Appellant Attorney for this instant matter.

## Certificate of Service

I certify that a true and correct copy of this said Pro Se motion should be copied by the Clerk of Court and given/furnish to the Hush and Honorable Christopher A. Boyko for the purpose of being filed Pro Se

Respectfully Submitted

LaVar Parks

Sworn to and subscribed before me, Christine Miller, a notary public on this 9th day of March, 2020.

Christine Miller
My Commission Expires: 12/20/2022

c/c file