# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-0197 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| LAVAR PARKS, | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

Petitioner Lavar Parks has moved the Court to withdraw his Motion to Vacate, Set Aside, or Correct Sentence (Doc. 48) which was filed under Title 28 U.S.C. §2255. The Court has considered the motion and Petitioner's motion is **GRANTED.**

Accordingly, Petitioner's motion is withdrawn and terminated, Appointed Counsel Joan E. Pettinelli is now discharged as counsel, and the referral to United States Magistrate Judge Jonathan D. Greenberg related to Petitioner's motion is terminated.

**IT IS SO ORDERED.**

/s Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: November 17, 2022**